# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT C. CARNICK,

        Plaintiff,         No. 05-CV-73622

v.        Hon. Gerald E. Rosen

UNITED STATES OF AMERICA
DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE,

        Defendant.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    October 25, 2006

PRESENT:  Honorable Gerald E. Rosen
                  United States District Judge

The Court having this date entered an Opinion and Order granting Defendant's Motion to Affirm Determination Concerning Collection Action, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is DISMISSED in its entirety, with prejudice.

                              s/Gerald E. Rosen
                              Gerald E. Rosen
                              United States District Judge

Dated:  October 25, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 25, 2006, by electronic and/or ordinary mail.

                                              s/LaShawn R. Saulsberry
                                              Case Manager